**Donald Ray GILBERT, Plaintiff–Appellant,**

v.

**COOPER INDUSTRIES, INCORPORATED, Cooper Hand Tools Division, Defendant–Appellee.**

No. 00–2347.

United States Court of Appeals, Fourth Circuit.

Submitted April 13, 2001.

Decided April 25, 2001.

Donald Ray Gilbert, pro se. Thomas J. Manley, Maria Eugenia Hallas, David Christopher Lindsay, Hunton & Williams, Raleigh, NC, for appellee.

Before MICHAEL, TRAXLER, and GREGORY, Circuit Judges.

PER CURIAM.

Donald Ray Gilbert appeals the district court's order denying relief on his claims of violation of the Americans with Disabilities Act, 42 U.S.C.A. §§ 12101–12213 (West 1995 & Supp.2000), and intentional and negligent infliction of emotional distress. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Gilbert v. Cooper Indus., Inc.*, No. CA–99–441–5–H (E.D.N.C. Sept. 5, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*